UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM CHARLES GRAHAM, No. 22097-041,

    Petitioner,

v.

T. LILLARD, Warden,

    Respondent.

Case No. 25-cv-908-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner William Charles Graham's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED: July 14, 2025**　　　　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**